UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 09-5623-JST (RCx)                                        Date:  December 14, 2010
Title:  Joe Solo, et al. v. Jeremy Dawson, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

  Ellen Matheson                                                            N/A
    Deputy Clerk                                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                                           Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE FOR FAILURE TO FILE A MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

     On October 8, 2010, the Court issued an Order on Jury Trial that ordered parties to lodge a Memorandum of Contentions of Fact and Law no later than twenty-one (21) days before the Final Pretrial Conference. (Order on Jury Trial, Doc. 137.) To date, the Court has not received a Memorandum of Contentions of Fact and Law from any party.

     Accordingly, the Court orders all counsel to show cause why the Court should not dismiss this matter and/or issue sanctions for the failure to file timely the referenced trial document. No later than December 16, 2010 at 5:00 p.m., counsel shall file the document and a separate written response explaining their disregard of the Court's Order on Jury Trial.

                                                         Initials of Preparer:  db