1 EVAN S. COHEN (State Bar # 119601)
e-mail: ecohen@manifesto.com
2 S. MARTIN KELETI (State Bar # 144208)
e-mail: keleti@manifesto.com
3 SOMMER A. ISSAQ (State Bar # 259081)
e-mail: sissaq@cohenmusiclaw.com
4 COHEN AND COHEN
8340 Melrose Avenue
5 Los Angeles, California 90069-5420
(323) 655-4444 Telephone
6 (323) 655-3333 Facsimile

7 Attorneys for defendant
STEPHEN C. PETREE
8

# United States District Court
# Central District of California

| | |
|---|---|
| JOE SOLO, *et al.*, | Case No. CV 09-05623 JST (RCx) |
| Plaintiffs, | JUDGMENT |
| v. | [FED. R. CIV. P. 58(a)(3)/58(d)] |
| JEREMY DAWSON, *et al.*, | |
| Defendants. | |

# JUDGMENT

The court having dismissed plaintiff Oloseoj Publishing on February 8, 2010, the remaining plaintiffs having dismissed all defendants voluntarily at various times, the court having granted the motion of defendant Stephen C. Petree to tax attorney fees as costs on January 31, 2011 upon a motion filed on January 11, 2011, and the clerk having taxed costs other than attorney fees in the amount of $2,142.50 on February 1, 2011 upon an application timely filed on December 22, 2010),

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that defendant Stephen C. Petree shall recover from plaintiffs Joe Solo, an individual, and Joe Solo Productions, a Nevada corporation also known as Joe Solo Productions, Inc., a total of $44,641.25, including $42,498.75 for attorney fees and $2,142.50 in costs for items taxable as costs pursuant to Local Rule 54—4.

Dated: February 15, 2011

**JOSEPHINE STATON TUCKER**
JOSEPHINE STATON TUCKER
United States District Court Judge

Submitted by:

Dated:       February 15, 2011       COHEN AND COHEN

By: /s/
S. MARTIN KELETI
Attorneys for defendant
STEPHEN C. PETREE